# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

150525(29)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

GARY MORRIS,
        Plaintiff-Appellant,

v

    SC: 150525
    COA: 315892
    Oakland CC: 2011-119442-CH

ESTATE OF RUBY MORRIS, THEODORE
C. LATHROP, DONNA E. LATHROP,
ANITA J. MCNAMARA, HOWARD L.
LAUGHLIN, and RANDY L. HIGGINS,
        Defendants,

and

CAROL LAUGHLIN,
        Defendant-Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015

                              Clerk

p0720